Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.:  16−10232−MBK
          Chapter:  13
          Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Elaine Christine Brown−Sherrer           Lydell Byron Sherrer
   15 Brookside Road                        15 Brookside Road
   Neptune, NJ 07753                       Neptune, NJ 07753

Social Security No.:
   xxx−xx−8498                                 xxx−xx−7875

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 5, 2016.

On December 1, 2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:                  December 9, 2020
Time:                 10:00 AM
Location:          Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: December 2, 2020
JAN: pbf

                                                                                       Jeanne Naughton
                                                                                       Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Elaine Christine Brown-Sherrer  
Lydell Byron Sherrer  
    Debtor(s)

Case No. 16-10232-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Dec 02, 2020      Form ID: 185      Total Noticed: 19

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Elaine Christine Brown-Sherrer, Lydell Byron Sherrer, 15 Brookside Road, Neptune, NJ 07753-3565 |
| cr | | c/o Loren L Speziale Santander Bank, NA, Gross McGinley, LLP, 33 South Seventh Street, PO Box 4060, Allentown, PA 18105-4060 |
| 515934338 | + | Caliber Home Loans, P.O. Box 24610, Oklahoma City, OK 73124-0610 |
| 515934340 | + | Citi Cards CBNA, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 515934342 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Macys, P.O. Box 8218, Mason, OH 45040 |
| 517982524 | | Legacy Mortgage Asset Trust 2018-RPL4, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 517982525 | + | Legacy Mortgage Asset Trust 2018-RPL4, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708, Legacy Mortgage Asset Trust 2018-RPL4 c/o Rushmore Loan Management Services 92619-2708 |
| 515934343 | + | Santander Bank, P.O. Box 16255, Reading, PA 19612-6255 |
| 516032275 | | Santander Bank, N.A., c/o Loren L. Speziale, Esquire, Gross, McGinley, LLP, 33 South 7th Street, PO Box 4060 Allentown, Pennsylvania 18105-4060 |
| 516036531 | + | Santander Bank, N.A., 601 Penn St. 10-6438-FB7, Reading, PA 19601-3563 |
| 515934344 | + | Sprint Attn: Bankruptcy, P.O. Box 7949, Overland Park, KS 66207-0949 |
| 516238618 | | US Department of Education, P O Box 16448, Saint Paul MN 55116-0448 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 03 2020 00:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 03 2020 00:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516108661 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Dec 03 2020 00:47:00 | Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 516143827 | | Email/Text: bnc-quantum@quantum3group.com | Dec 03 2020 00:45:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 515934341 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 02 2020 22:22:00 | Internal Revenue Service, P.O. Box 931000, Louisville, KY 40293-1000 |
| 515934339 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 03 2020 01:24:36 | Chase Bank USA, P.O. Box 15298, Wilmington, DE 19850 |
| 516041180 | | Email/PDF: gecsedi@recoverycorp.com | Dec 03 2020 01:15:24 | Synchrony Bank, c/o of Recovery Management Systems Corp, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |

TOTAL: 7

# BYPASSED RECIPIENTS

Case 16-10232-MBK    Doc 47    Filed 12/04/20    Entered 12/05/20 00:23:24    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 02, 2020 | Form ID: 185 | Total Noticed: 19 |

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2020     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Legacy Mortgage Asset Trust 2018-RPL4 dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| George E Veitengruber, III | on behalf of Debtor Elaine Christine Brown-Sherrer bankruptcy@veitengruberlaw.com  knapolitano15@gmail.com |
| George E Veitengruber, III | on behalf of Joint Debtor Lydell Byron Sherrer bankruptcy@veitengruberlaw.com  knapolitano15@gmail.com |
| Loren L. Speziale | on behalf of Creditor c/o Loren L Speziale Santander Bank  NA lspeziale@grossmcginley.com, jkacsur@grossmcginley.com;ehutchinson@grossmcginley.com |
| Patrick O. Lacsina | on behalf of Creditor U.S. Bank Trust  N.A., as Trustee for LSF8 Master Participation Trust , PATRICK.LACSINA@GMAIL.COM |
| Rebecca Ann Solarz | on behalf of Creditor MTGLQ Investors  LP rsolarz@kmllawgroup.com |

TOTAL: 8