Form 196 − ntcadminerror

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  16−10232−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Elaine Christine Brown−Sherrer                    Lydell Byron Sherrer
   15 Brookside Road                                 15 Brookside Road
   Neptune, NJ 07753                                 Neptune, NJ 07753

Social Security No.:
   xxx−xx−8498                                       xxx−xx−7875

Employer's Tax I.D. No.:

## AMENDED NOTICE CORRECTING AN ADMINISTRATIVE ERROR

On December 2, 2020 a NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON was sent out by the Court which contained an administrative error.

This notice hereby amends the notice to correct the following information:

Original incorrect information:
Date: December 9, 2020
Time: 10:00 AM
Location: Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 086081507

Corrected to state:
Date: January 5, 2021
Time: 10:00 AM
Location: Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 086081507

The amendment of this notice does not affect deadlines that have been previously set.


Dated: December 3, 2020
JAN: mmf

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                    Case No. 16-10232-MBK

Elaine Christine Brown-Sherrer                                                                        Chapter 13

Lydell Byron Sherrer

    Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 03, 2020 | Form ID: 196 | Total Noticed: 19 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Elaine Christine Brown-Sherrer, Lydell Byron Sherrer, 15 Brookside Road, Neptune, NJ 07753-3565 |
| cr | | c/o Loren L Speziale Santander Bank, NA, Gross McGinley, LLP, 33 South Seventh Street, PO Box 4060, Allentown, PA 18105-4060 |
| 515934338 | + | Caliber Home Loans, P.O. Box 24610, Oklahoma City, OK 73124-0610 |
| 515934340 | + | Citi Cards CBNA, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 515934342 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Macys, P.O. Box 8218, Mason, OH 45040 |
| 517982524 | | Legacy Mortgage Asset Trust 2018-RPL4, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 517982525 | + | Legacy Mortgage Asset Trust 2018-RPL4, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708, Legacy Mortgage Asset Trust 2018-RPL4 c/o Rushmore Loan Management Services 92619-2708 |
| 515934343 | + | Santander Bank, P.O. Box 16255, Reading, PA 19612-6255 |
| 516036531 | + | Santander Bank, N.A., 601 Penn St. 10-6438-FB7, Reading, PA 19601-3563 |
| 516032275 | | Santander Bank, N.A., c/o Loren L. Speziale, Esquire, Gross, McGinley, LLP, 33 South 7th Street, PO Box 4060 Allentown, Pennsylvania 18105-4060 |
| 515934344 | + | Sprint Attn: Bankruptcy, P.O. Box 7949, Overland Park, KS 66207-0949 |
| 516238618 | | US Department of Education, P O Box 16448, Saint Paul MN 55116-0448 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 03 2020 22:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 03 2020 22:05:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516108661 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Dec 03 2020 22:06:00 | Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 516143827 | | Email/Text: bnc-quantum@quantum3group.com | Dec 03 2020 22:05:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 515934341 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 03 2020 22:04:00 | Internal Revenue Service, P.O. Box 931000, Louisville, KY 40293-1000 |
| 515934339 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 03 2020 23:21:35 | Chase Bank USA, P.O. Box 15298, Wilmington, DE 19850 |
| 516041180 | | Email/PDF: gecsedi@recoverycorp.com | Dec 03 2020 23:07:40 | Synchrony Bank, c/o of Recovery Management Systems Corp, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |

TOTAL: 7

# BYPASSED RECIPIENTS

Case 16-10232-MBK    Doc 49    Filed 12/05/20    Entered 12/06/20 00:21:45    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 03, 2020 | Form ID: 196 | Total Noticed: 19 |

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2020            Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Legacy Mortgage Asset Trust 2018-RPL4 dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| George E Veitengruber, III | on behalf of Debtor Elaine Christine Brown-Sherrer bankruptcy@veitengruberlaw.com  knapolitano15@gmail.com |
| George E Veitengruber, III | on behalf of Joint Debtor Lydell Byron Sherrer bankruptcy@veitengruberlaw.com  knapolitano15@gmail.com |
| Loren L. Speziale | on behalf of Creditor c/o Loren L Speziale Santander Bank  NA lspeziale@grossmcginley.com, jkacsur@grossmcginley.com;ehutchinson@grossmcginley.com |
| Patrick O. Lacsina | on behalf of Creditor U.S. Bank Trust  N.A., as Trustee for LSF8 Master Participation Trust , PATRICK.LACSINA@GMAIL.COM |
| Rebecca Ann Solarz | on behalf of Creditor MTGLQ Investors  LP rsolarz@kmllawgroup.com |

TOTAL: 8