| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Elaine Christine Brown–Sherrer <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8498 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | Lydell Byron Sherrer <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7875 <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–10232–MBK | |

# Order of Discharge                                                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Elaine Christine Brown–Sherrer            Lydell Byron Sherrer

<u>6/4/21</u>                                                      **By the court:** <u>Michael B. Kaplan</u>
                                                                                        United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 16-10232-MBK
Elaine Christine Brown-Sherrer                              Chapter 13
Lydell Byron Sherrer
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                                  User: admin                                    Page 1 of 2
Date Rcvd: Jun 04, 2021                            Form ID: 3180W                              Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol**        **Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Elaine Christine Brown-Sherrer, Lydell Byron Sherrer, 15 Brookside Road, Neptune, NJ 07753-3565 |
| cr | | c/o Loren L Speziale Santander Bank, NA, Gross McGinley, LLP, 33 South Seventh Street, PO Box 4060, Allentown, PA 18105-4060 |
| 515934338 | + | Caliber Home Loans, P.O. Box 24610, Oklahoma City, OK 73124-0610 |
| 517982524 | | Legacy Mortgage Asset Trust 2018-RPL4, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 517982525 | + | Legacy Mortgage Asset Trust 2018-RPL4, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708, Legacy Mortgage Asset Trust 2018-RPL4 c/o Rushmore Loan Management Services 92619-2708 |
| 515934343 | + | Santander Bank, P.O. Box 16255, Reading, PA 19612-6255 |
| 516036531 | + | Santander Bank, N.A., 601 Penn St. 10-6438-FB7, Reading, PA 19601-3563 |
| 516032275 | | Santander Bank, N.A., c/o Loren L. Speziale, Esquire, Gross, McGinley, LLP, 33 South 7th Street, PO Box 4060 Allentown, Pennsylvania 18105-4060 |
| 515934344 | + | Sprint Attn: Bankruptcy, P.O. Box 7949, Overland Park, KS 66207-0949 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 04 2021 21:15:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 04 2021 21:15:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516108661 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Jun 04 2021 21:17:00 | Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 515934340 | + | EDI: CITICORP.COM | Jun 05 2021 00:23:00 | Citi Cards CBNA, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 515934342 | | EDI: CITICORP.COM | Jun 05 2021 00:23:00 | Macys, P.O. Box 8218, Mason, OH 45040 |
| 516143827 | | EDI: Q3G.COM | Jun 05 2021 00:23:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 519054568 | + | EDI: IRS.COM | Jun 05 2021 00:23:00 | Department of Treasury, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 515934339 | | EDI: JPMORGANCHASE | Jun 05 2021 00:23:00 | Chase Bank USA, P.O. Box 15298, Wilmington, DE 19850 |
| 516041180 | | EDI: RMSC.COM | Jun 05 2021 00:23:00 | Synchrony Bank, c/o of Recovery Management Systems Corp, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 516238618 | | EDI: ECMC.COM | Jun 05 2021 00:23:00 | US Department of Education, P O Box 16448, Saint Paul MN 55116-0448 |

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 515934341 | *+ | Internal Revenue Service, P.O. Box 931000, Louisville, KY 40293-1000 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 06, 2021     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Legacy Mortgage Asset Trust 2018-RPL4 dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| George E Veitengruber, III | on behalf of Debtor Elaine Christine Brown-Sherrer bankruptcy@veitengruberlaw.com knapolitano15@gmail.com |
| George E Veitengruber, III | on behalf of Joint Debtor Lydell Byron Sherrer bankruptcy@veitengruberlaw.com knapolitano15@gmail.com |
| Loren L. Speziale | on behalf of Creditor c/o Loren L Speziale Santander Bank NA lspeziale@grossmcginley.com, jkacsur@grossmcginley.com;ehutchinson@grossmcginley.com |
| Patrick O. Lacsina | on behalf of Creditor U.S. Bank Trust N.A., as Trustee for LSF8 Master Participation Trust , PATRICK.LACSINA@GMAIL.COM |
| Rebecca Ann Solarz | on behalf of Creditor MTGLQ Investors LP rsolarz@kmllawgroup.com |
| Sindi Mncina | on behalf of Creditor Legacy Mortgage Asset Trust 2018-RPL4 smncina@raslg.com |

TOTAL: 9